dition that appellant file with this court and serve upon respondents' attorney the case and papers on appeal, including brief, on or before January 23, 1915, and, at the option of the respondents, that the case be placed upon the day calendar for argument for January 26, 1915. See, also, 87 Misc. Rep. 592, 149 N. Y. Supp. 964.

LAMBERT, J., not sitting.

VORON v. CHAIT. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Isaac Voron against Sabbatia Chait. No opinion. Motion denied, without costs. Order filed. See, also, 150 N. Y. Supp. 1116; 151 N. Y. Supp. 1149.

VORON, Respondent, v. CHAIT, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Isaac Voron against Sabbatia Chait, impleaded with others. A. C. Cass, of New York City, for appellant. A. Thain, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1116; 151 N. Y. Supp. 1149.

In re VORON & CHAIT, Inc. (Supreme Court, Appellate Division, First Department. October 30, 1914.) In the matter of Voron & Chait, Incorporated. No opinion. Motion granted. Settle order on notice. Memorandum for counsel only. See, also, 151 N. Y. Supp. 1149.

In re VORON & CHAIT, Inc. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of Voron & Chait, Incorporated. L. I. Grossfield, of New York City, for appellant. A. C. Cass, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1116; 151 N. Y. Supp. 1149.

WAHOWICZ, Respondent, v. UNITED STATES CAST IRON PIPE & FOUNDRY CO., Appellant. (Supreme Court. Appellate Division, Fourth Department. January 29, 1915.) Action by Jacob Wahowicz against the United States Iron Pipe & Foundry Company. No opinion. Judgment and order affirmed, with costs.

WALGROVE v. DOUGLASS. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by Effingham I. Walgrove against Walter Douglass.

PER CURIAM. The question whether the title is marketable depends upon the validity of the appointment of the general trustees in the earlier action, and in the absence of persons who were interested in the land we decline to determine that question. The proceedings are dismissed, without costs.

WANDS, Appellant, v. MOORE, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Aaron M. Wands against Frank Moore and others. No opinion. Motion granted, and appeal dismissed, with costs.

WARD, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by Maud A. Ward against the International Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 151 N. Y. Supp. 1149.

WARD, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Maude A. Ward against the International Railway Company. No opinion. Motion for reargument (of 151 N. Y. Supp. 1149) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

In re WARREN et al. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) In the matter of the application of Arthur Warren and others, as taxpayers of the Town of Brighton, etc. No opinion. Judgment affirmed, with costs.

WARTELS v. AUGENBLICK et al. (Supreme Court, Appellate Division, First Department, January 29, 1915.) Action by Aaron Wartels against Samuel Augenblick and others, impleaded, etc. L. S. Lewkowitz, of New York City, for appellant. S. J. Block, of New York City, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

WASSERSTROM v. COHEN, FRANK & CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Louis B. Wasserstrom against Cohen, Frank & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 638.

WEAVER, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Isabella L. Weaver against James B. Quinn. C. J. Katzenstein, of New York City, for appellant. H. B. Lewis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEIDENFELD v. ADAMS et al. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Camille Weidenfeld against Alfredo B. Adams and another.

PER CURIAM. Motion denied.

PUTNAM, J., not voting.

WERNER, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Arthur M. Werner against Henry Smith. H. S. Dottenheim, of New York City, for appellant. J. S. Darcy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.